### Commonwealth ex rel. Morgan, Appellant, *v.* Russell.

Submitted Sep-

tember 14, 1964. *Ben Morgan,* appellant, in propria persona; *David L. Creskoff,* Assistant District Attorney, *Thomas M. Reed,* Chief Assistant District Attorney, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.